

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-20-00083-CV

Perla Ines **GUTIERREZ**,
Appellant

v.

Ruben Oscar **GUTIERREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLA000140-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's brief was originally due August 10, 2020. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 9, 2020. On September 3, 2020 appellant filed a motion requesting an additional extension of time to file the brief until October 9, 2020, for a total extension of 60 days, and we granted appellant's motion.

On September 29, 2020, appellant filed a third motion for extension of time requesting an additional 30 days to file the brief, for a total extension of 90 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by November 9, 2020. Counsel is advised that no further extensions of time will be granted absent extraordinary circumstances.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court